IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

SHARON EASTERLING                                                                              PLAINTIFF

VS.                                                                    CIVIL ACTION NO. 3:03CV568LN

GLAXO WELLCOME, INC.; GLAXO
WELLCOME PLC; GLAXOSMITHKLINE
PLC and JAMES O. SONES, M.D.                                                          DEFENDANTS

ORDER OF DISMISSAL

This case is before the court for consideration of dismissal for plaintiff's failure to comply with the previous order of this court entered October 10, 2006, which provided that plaintiff have until November 10, 2006, within which to notify this court that she had obtained any counsel or that she would represent herself in this matter, and further provided that failure to so notify the court would result in a recommendation that this matter be dismissed for failure to prosecute. The court finds that plaintiff has not complied with the order and accordingly, IT IS ORDERED AND ADJUDGED that this case is dismissed without prejudice.

ORDERED AND ADJUDGED this 15th day of November, 2006.


/S/ TOM S. LEE
UNITED STATES DISTRICT JUDGE